**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 17-cv-00355-RM-KMT

SHANE ERIC BOHART,

    Plaintiff,

v.

CBRE, INC.;
BRIAN STOFFERS;
CHRIS LUDEMAN;
STEVE SWERDLOW;
MARCO HECKMAN;
ADOLFO RAMIREZ-ESCUDERO; and
JONATHAN HULL,

    Defendants.

---

## ORDER
---

This matter is before the Court *sua sponte* upon consideration of the recently filed papers (ECF Nos. 34, 37) which appear to be seeking relief. The Court recognizes that Plaintiff proceeds *pro se*, but he is nonetheless required to follow the applicable rules, including the Federal Rules of Civil Procedure; this District's Local Rules (D.C.COLO.LCivR); and Judge Raymond P. Moore's Civil Practice Standards, which can be found at http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RM/Civil%20Practice%20Standards%20-%20March%202015.pdf. *See Garrett v. Selby Connor Maddux & Jenner*, 425 F.3d 836, 840 (10th Cir. 2005). If Plaintiff seeks relief from this court, he should file a motion, *see* Fed. R. Civ. P. 7(b); and, unless exempt, he must confer with opposing parties, *e.g.*, D.C.COLO.LCivR 7.1(a). In addition, all filings must contain the above caption. *See* Fed. R. Civ. P. 10(a).

Accordingly, it is hereby **ORDERED** that Plaintiff's filings (ECF Nos. 34, 37), docketed as "Notices," are hereby **STRICKEN**, with leave to refile as proper motion(s), response(s), or other papers, as the case may be, **within seven (7) days** of the date of this Order.

DATED this 20th day of September, 2017.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge